■ In the Matter of BARRY HUROWITZ, Respondent, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, and WILLIAM J. GARRY et al., Appellants. — In a proceeding to validate petitions designating Barry Hurowitz as a candidate in the Democratic Party Primary Election to be held on September 10, 1981 for the public office of Civil Court Judge, the appeal is from a judgment of the Supreme Court, Kings County (Hellenbrand, J.), dated August 25, 1981, which, *inter alia,* granted the application. Judgment affirmed, without costs or disbursements. No opinion. Mangano, J.P., Rabin, Margett and Thompson, JJ., concur.

■ In the Matter of EDWARD J. KILEY, Appellant, v FRANK COVENEY et al., Constituting the Board of Elections of the County of Suffolk, Respondents, and MARQUETTE L. FLOYD, Respondent. — In a proceeding to invalidate petitions designating Marquette L. Floyd as a candidate in the Conservative Party Primary Election to be held on September 10, 1981 for the public office of District Court Judge, Second District, Town of Babylon, the appeal is from a judgment of the Supreme Court, Suffolk County (Gerard, J.), dated August 21, 1981, which, *inter alia,* dismissed the proceeding. Judgment affirmed, without costs or disbursements. No opinion. Mollen, P.J., Hopkins, O'Connor and Weinstein, JJ., concur.